IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually )
and on behalf of a class of all persons and )
entities similarly situated, )
  )
        *Plaintiff,* )
  )   CIVIL ACTION NO. 2:19-cv-01675-MJH
v. )
  )
PALMCO ENERGY PA LLC *d/b/a* )
INDRA ENERGY, )
  )
        *Defendant.* )

## MOTION FOR ADMISSION *PRO HACE VICE* OF TORSTEN KRACHT

Dennis J. Butler, undersigned counsel for Defendant Palmco Energy PA LLC

("Palmco"), hereby moves that Torsten Kracht be admitted to appear and practice in this Court in

the above-captioned matter as counsel *pro hac vice* for Defendant Palmco in the above captioned

matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order

Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro*

*Hac Vice* of Torsten Kracht filed herewith, which, it is averred, satisfies the requirements of the

foregoing Local Rules and Standing Order.

Respectfully submitted,

PANITCH SCHWARZE BELISARIO & NADEL LLP

Dated: <u>February 10, 2020</u>

*/s/ Dennis J. Butler*
Dennis J. Butler (Bar I.D. No. 91564)
Two Commerce Square
2001 Market Street, Suite 2800
Philadelphia, PA 19103-7044
Telephone: (215) 965-1330
Facsimile: (215) 965-1331
dbutler@panitchlaw.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, *individually and on behalf of a class of all persons and entities similarly situated,*

                         *Plaintiff,*

vs.

PALMCO ENERGY PA L.L.C. d/b/a INDRA ENERGY,

                         *Defendant.*

CIVIL ACTION NO. 2:19-cv-01675-MJH

## AFFIDAVIT OF TORSTEN KRACHT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Torsten Kracht, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant PALMCO ENERGY PA L.L.C. in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Torsten Kracht, being duly sworn, do hereby depose and say as follows:

1. I am a Partner of the law firm Hunton Andrews Kurth LLP.

2. My business address is 2200 Pennsylvania Avenue, NW, Washington, D.C. 20003.

3. I am a member in good standing of the bars of: the U.S. District Court of New Jersey, the U.S. District Court of the Southern District of New York, the U.S. District Court of the Eastern District of New York, the U.S. District Court of Colorado, the U.S. District Court for the Western District of New York, The U.S. District Court of Maryland, the U.S. District Court of the Northern District of Illinois, the U.S. District Court for the District of Columbia, the Third Circuit

Court of Appeals, the Second Circuit Court of Appeals, and the District of Columbia Circuit Court of Appeals.

4. My bar identification number in the District of Columbia is 501905.

5. A current certificate of good standing from Washington D.C. dated January 16, 2020 is attached to this Affidavit as Exhibit A.

6. There are no current or previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

02/06/2020

/s/ _____
Torsten M. Kracht (DC 501905)
Hunton Andrews Kurth LLP
tkracht@hunton.com
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037-1701
Telephone: (202) 419-2149
Facsimile: (202) 778-7452

Attorney for Defendant.

# Exhibit A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

*Torsten Michael Kracht*

was duly qualified and admitted on December 11, 2006 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on January
16, 2020.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually )
and on behalf of a class of all persons and )
entities similarly situated, )
  )
        *Plaintiff,* )
  )     CIVIL ACTION NO. 2:19-cv-01675-MJH
v. )
  )
PALMCO ENERGY PA LLC *d/b/a* )
INDRA ENERGY, )
  )
        *Defendant.* )
_____ )

## [PROPOSED] ORDER

Upon the Motion for Admission *pro hac vice* of Torsten Kracht in the above-captioned

case, pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order

Regarding *Pro Hac Vice* Admissions, and the Court having reviewed the record and being

otherwise sufficiently advised;

IT IS HEREBY ORDERED that, pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and

this Court's Standing Order Regarding *Pro Hac Vice* Admissions, Torsten Kracht of the law firm

Hunton Andrews Kurth LLP, is admitted, *pro hac vice*, in this matter as counsel on behalf of

Defendant Palmco Energy PA LLC *d/b/a* Indra Energy.

Dated: _____, 2020     _____
                                          UNITED STATES DISTRICT JUDGE