IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff<br><br>vs.<br><br>PALMCO ENERGY PA L.L.C d/b/a INDRA ENERGY<br><br>    Defendant. | Case No. 2:19-cv-1675-MJH |

**MOTION FOR ENTRY OF ORDER GOVERNING DISCOVERY
OF HARD COPY AND ELECTRONICALLY STORED INFORMATION**

  The Plaintiff, with the consent of the Defendant, hereby moves for the Entry of an Order being Governing Discovery of Hard Copy and Electronically Stored Information. The Proposed Order is attached as Exhibit 1.

Respectfully submitted,

   /s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 2, 2020, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

   /s/ *Anthony I. Paronich*
Anthony I. Paronich