AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-1675-MJH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  **MATRIX ENERGY GROUP**

was received by me on *(date)*  **06/11/2020**  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  **LISA KNIGHT, AUTHORIZED AGENT** , who is
designated by law to accept service of process on behalf of *(name of organization)*  **MATRIX ENERGY GROUP**
At C/O UNITED STATES CORPORATION AGENTS, INC. 7014 13TH AVE, SUITE 202, BROOKLYN, NY 11228  on *(date)* **06/12/2020 AT 1:16PM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **06/15/2020**

*Musab Nassar* (signature)
*Server's signature*

Musab Nassar (Process Server) Lic# 2045119
*Printed name and title*

8801 5TH AVE # 90105, BROOKLYN, NY 11209
*Server's address*

Additional information regarding attempted service, etc:

1900752