IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>PALMCO ENERGY PA L.L.C d/b/a INDRA ENERGY, SYNEGENCE, LLC, SHERRIE EDWARDS aka SHERRIE BRYANT aka SHERRIE BRYANT EDWARDS and MATRIX ENERGY GROUP<br><br>Defendants. | Case No. 2:19-cv-1675-MJH<br><br>COMPLAINT-CLASS ACTION |

## MOTION FOR CLERK'S ENTRY
## OF DEFAULT AGAINST MATRIX ENERGY GROUP

COMES NOW Plaintiff Stewart Abramson, pursuant to Fed. R. Civ. P. 55(a), hereby files this Motion for Clerk's Entry of Default against Matrix Energy Group ("Defendant") in the above-styled action. Mr. Abramson respectfully requests that the Clerk of Court enter default as the Defendant has failed to serve or file an answer to Plaintiff's claims in this action within the time permitted by law or otherwise.

Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." See Fed. R. Civ. P. 12(a)(1)(A)(i). Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that

failure is shown by affidavit or otherwise, the clerk <u>must</u> enter the party's default." See Fed. R. Civ. P. 55(a) (emphasis added).

Here, the Plaintiff filed his First Amended Complaint on May 27, 2020. *See* ECF No. 27. The Defendant was served on June 12, 2020 with their responsive pleading due July 6, 2020. *See* ECF No. 32. However, the Defendant did not file a responsive pleading. Accordingly, the Plaintiff requests that the Clerk enter the Defendants' default pursuant to Fed. R. Civ. P. 55(a).

The Clerk of Court entered a similar Default against co-defendants Synegence, LLC and Sherrie Edwards on July 24, 2020. *See* ECF No. 40 and 41.

## CONCLUSION

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Clerk of Court enter default against Defendant pursuant to Fed. R. Civ. P. 55(a).


Dated: September 1, 2020          PLAINTIFF,

                                  By:

                                  */s/ Anthony I. Paronich*
                                  Anthony I. Paronich
                                  Paronich Law, P.C.
                                  350 Lincoln Street, Suite 2400
                                  Hingham, MA 02043
                                  (508) 221-1510
                                  anthony@paronichlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2020 I filed the foregoing with the Clerk of the Court using the CM/ECF system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich

Case 2:19-cv-01675-MJH   Document 43   Filed 09/01/20   Page 3 of 3

*/s/ Anthony I. Paronich*
Anthony I. Paronich