IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>PALMCO ENERGY PA L.L.C d/b/a INDRA ENERGY, SYNEGENCE, LLC, SHERRIE EDWARDS aka SHERRIE BRYANT aka SHERRIE BRYANT EDWARDS and MATRIX ENERGY GROUP<br><br>Defendants. | Case No. 2:19-cv-1675-MJH<br><br>COMPLAINT-CLASS ACTION |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR CLERK'S ENTRY OF DEFAULT AGAINST MATRIX ENERGY GROUP**

Plaintiff, Stewart Abramson, moved this Court to compel for Clerk's Entry of Default against Matrix Energy Group. The motion is GRANTED.

SO ORDERED this _2nd_ day of __September_____, 2020.

_____
THE HONORABLE MARILYN J. HORAN
UNITED STATES DISTRICT JUDGE

s/Michael Ayoob
Docket Clerk

