# **<u>EXHIBIT 1</u>**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually
and on behalf of a class of all persons and
entitled similarly situated,

        Plaintiff,

       vs.

PALMCO ENERGY PA L.L.C d/b/a
INDRA ENERGY, SYNEGENCE, LLC,
SHERRIE EDWARDS aka SHERRIE
BRYANT aka SHERRIE BRYANT
EDWARDS and MATRIX ENERGY
GROUP

        Defendants.

Case No.  2:19-cv-1675-MJH

CLASS ACTION

**DECLARATION OF JAY GERACI RE:
NOTICE PROCEDURES**

1

DECLARATION OF JAY GERACI RE: NOTICE PROCEDURES

1
2
3
4
5

I, Jay Geraci, declare and state as follows:

6

7    1.    I am a Director with KCC Class Action Services, LLC ("KCC"), located at 1
8  McInnis Parkway, Suite 250, San Rafael, California, 94903.  The Court appointed KCC as the
9  Claims Administrator in connection with the proposed Settlement.  I have personal knowledge of
10  the matters stated herein and, if called upon, could and would testify thereto.

### CAFA NOTIFICATION

11

12    2.    In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section
13  1715, KCC compiled a CD-ROM containing the following documents: Class Action Complaint;
14  Answer, Defenses, and Affirmative Defenses; First Amended Class Action Complaint; Answer to
15  First Amended Complaint, and Crossclaims; Preliminary Approval Order; Plaintiff's Motion for
16  Preliminary Approval of a Class Action Settlement and Incorporated Memorandum in Support;
17  Long Form Notice; Postcard Notice; Email Notice; Publication Notice; Direct Notice Claim
18  Form; Publication Notice Claim Form; Settlement Agreement and Release; [Proposed] Final
19  Order; and [Proposed] Final Judgment, which accompanied a cover letter (collectively, the
20  "CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit A.

21    3.    On October 9, 2020, KCC caused fifty-three (53) CAFA Notice Packets to be
22  mailed via Priority Mail from the U.S. Post Office in Memphis, Tennessee to the parties listed on
23  Exhibit B, i.e., the U.S. Attorney General, the Public Utility Commissioners of each of the 50
24  States and the District of Columbia, as well as parties of interest to this Action.

25    4.    On November 17, 2020, KCC was contacted by Andrew W. Strumfels, Presiding
26  Officer of the Massachusetts Department of Public Utilities, requesting an additional copy of the
27  CAFA documentation be provided to him.  KCC complied with this request on that same date.

28    5.    As of the date of this Declaration, KCC has received no other communications

2

with regards to the CAFA Notice Packet from any of the recipients identified in paragraph 3 above.

## CLASS LIST

6.  On October 16, 2020, KCC received a list of 185,292 records identified as the Class List.  The Class List included e-mail addresses and customer identification numbers.  KCC formatted the list for e-mailing purposes, removed 1002 duplicate records, and removed 46,131 records that were missing an email address. 297 records remained part of the Class List but were withheld from the e-mail notice due to incomplete or invalid e-mail addresses. As a result, the Class List consisted of 138,159 records.

## E-MAILING OF THE NOTICE

7.  On October 30, 2020, KCC e-mailed 137,862 e-mail notices to Class Members. A true and correct copy of the e-mail notice can be found attached hereto as Exhibit C.

8.  On November 3, 2020, KCC determined that 103,376 emails were sent successfully without a notification of a bounce and 34,486 emails failed to be delivered successfully. KCC determined that 34,479 of the 34,486 Class Members whose email failed had a name and mailing address available.

## E-MAIL BOUNCEBACK MAILING

9.  On November 27, 2020, KCC caused the Single Postcard notice (collectively, the "Notice Packet") to be printed and mailed to the 34,479 names and mailing addresses in the Class List.  A true and correct copy of the Notice Packet is attached hereto as Exhibit D.

## REMINDER E-MAILING OF THE NOTICE

10.  On December 3, 2020, KCC sent a remainder E-Mail Notice to 103,085 Class Members who had a valid email address that had not yet filed a claim.

## PUBLICATION OF THE SUMMARY NOTICE

11.  KCC purchased 106,820,000 million impressions to be distributed via the Google Display Network and the social media platform, Facebook. The impressions were geographically targeted to adults in Delaware, District of Columbia, Illinois, Maryland, Massachusetts, New

3

Jersey, New York, Ohio, Pennsylvania and Virginia. The impressions appeared on mobile and desktop devices from October 30, 2020 through December 29, 2020. A total of 109,192,491 impressions were delivered, resulting in an additional 2,372,491 impressions at no extra charge. Confirmation of the digital notices, as they appeared on a variety of websites are attached hereto as Exhibit E.

### SETTLEMENT WEBSITE

12.     On or about October 29, 2020, KCC established a website www.PALMcoTCPAsettlement.com dedicated to this matter to provide information to the Class Members and to answer frequently asked questions.  The website URL was set forth in the Email Notice, Postcard Notice, Opt-Out Form and Claim Form.  Visitors of the website can download copies of the Notice, Long Form Notice, Claim Form, Opt-Out Form, review other case-related documents, and file an online claim. True and correct copies of the Long Form Notice, Claim Form, and Opt-Out Form are attached hereto as Exhibits F, G, and H. As of date of this declaration, the website has received 29,739 visits.

### TELEPHONE HOTLINE

13.     KCC established and continues to maintain a toll-free telephone number 855-786-0912 for potential Class Members to call and obtain information about the Settlement and to request a Notice Packet.  The telephone hotline became operational on October 27, 2020 and is accessible 24 hours a day, 7 days a week.  As of date of this declaration, KCC has received a total of 245 calls to the telephone hotline.

### CLAIM FORMS

14.     The postmark deadline for Class Members to file claims in this matter was December 31, 2020. To date, KCC has received 846 claim forms.  As of the date of this declaration, 832 are considered valid representing 842 phone numbers and 14 claims are considered duplicate.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE

15.     The Notice informs Class Members that requests for exclusion from the Class must be postmarked no later than December 31, 2020.  As of the date of this declaration, KCC has received five requests for exclusion. A list of the Class Members requesting to be excluded is attached hereto as Exhibit I.

### OBJECTIONS TO THE SETTLEMENT

16.     The postmark deadline for Class Members to object to the settlement was December 31, 2020.  As of the date of this declaration, KCC has received no objections to the settlement.

### PRELIMINARY SETTLEMENT AWARD CALCULATIONS

17.     KCC has preliminarily calculated the Class Member settlement awards. These calculations are based on the assumptions that the gross settlement amount is $1,000,000, and from that amount, deductions are made for: (a) attorneys' fees ($333,000); (b) attorneys' costs ($12,000.45); (c) named plaintiff awards ($10,000); (d) administration costs ($142,856.32); The remaining amount ($502,143.23); the "Net Settlement Fund") will be allocated pursuant to the terms of the settlement to those Class Members preliminarily approved for payment.  The 832 claims considered valid representing 842 phone numbers provides an estimated $596.36 per phone number for Class Members. Should the Court-awarded fees or costs differ than those shown above, or if the list of Class Members approved for payment and/or their class data changes, the estimated award allocation calculations will change accordingly.

### ADMINISTRATION COSTS

18.     As of date of this declaration, KCC estimates its total cost of administration to be $142,856.32.  This amount includes costs to date as well as through the completion of this matter.

19.     KCC's estimated fees and charges are based on certain information provided to

5

1  KCC by the parties as well as significant assumptions.  Accordingly, the estimate is not intended

2  to limit KCC's actual fees and charges, which may be less or more than estimated due to the

3  scope of actual services or changes to the underlying facts or assumptions.

4

5          I declare under penalty of perjury under the laws of the United States of America that the

6  foregoing is true and correct.

7          Executed on February 3, 2021 at San Rafael, California.

8

9                                          _____

                                           JAY GERACI

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

Exhibit A



3301 Kerner Boulevard
San Rafael, CA 94901

October 9, 2020

VIA PRIORITY MAIL

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

    Re:    Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

    HUNTON ANDREWS KURTH, LLP represents PALMco Energy PA L.L.C., doing business as Indra Energy ("PALMco") in a putative class action lawsuit entitled *Stewart Abramson, individually and on behalf of a class of all persons and entities similarly situated, v. PALMco Energy PA L.L.C. doing business as Indra Energy, Synegence, LLC, Sherrie Edwards aka Sherrie Bryant aka Sherrie Bryant Edwards and Matrix Energy Group*, Case No. 2:19-cv-01675-MJH.  The lawsuit is pending before the Honorable Marilyn J. Horan in the United States District Court for the Western District of Pennsylvania.  This letter is to advise you that Plaintiff filed a Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit on September 30, 2020.

| | |
|---|---|
| **Case Name:** | *Abramson v. PALMco Energy PA L.L.C. d/b/a Indra Energy, et al.* |
| **Case Number:** | 2:19-cv-01675-MJH |
| **Jurisdiction:** | United States District Court, Western District of Pennsylvania |
| **Date Settlement Filed with Court:** | September 30, 2020 |

    PALMco denies any wrongdoing or liability whatsoever, but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation.  In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:



«First» «Last»
October 9, 2020
Page 2

1.  **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:**  Copies of the *Class Action Complaint; Answer, Defenses, and Affirmative Defenses; First Amended Class Action Complaint;* and *Answer to First Amended Complaint, and Crossclaims* are included on the enclosed CD.

2.  **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:**  Per the Court's *Preliminary Approval Order,* issued October 2, 2020, the Final Approval Hearing has been scheduled for March 9, 2021 at 10:00 a.m. Eastern before the Honorable Marilyn J. Horan.  Copies of the *Preliminary Approval Order* and *Plaintiff's Motion for Preliminary Approval of a Class Action Settlement and Incorporated Memorandum in Support* are included on the enclosed CD.

3.  **28 U.S.C. § 1715(b)(3) – Notification to Class Members:**  Copies of the *Long Form Notice, Postcard Notice, Email Notice, Publication Notice, Direct Notice Claim Form,* and *Publication Notice Claim Form* to be provided to the class are included on the enclosed CD.

4.  **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:**  A copy of the *Settlement Agreement and Release* is included on the enclosed CD.

5.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:**  As of October 9, 2020, no other settlement or agreement has been entered into by the Parties to this Action with each other, either directly or by and through their respective counsel.

6.  **28 U.S.C. § 1715(b)(6) – Final Judgmen**t:  No Final Judgment has been reached as of October 9, 2020, nor have any Notices of Dismissal been granted at this time.  Copies of the *[Proposed] Final Order* and *[Proposed] Final Judgment* are included on the enclosed CD.

7.  **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:**  While PALMco and KCC Class Action Services, LLC are in the process of gathering information on this issue, pursuant to 28 U.S.C. § 1715(b)(7)(A), at this time a complete list of names of class members as well as each State of residence is not available, because the parties do not presently know the names or current addresses of all the proposed settlement class members and will not learn this information until the Settlement is preliminarily approved and the Court authorizes dissemination of information about the Settlement through the Class Notice.  Pursuant to 28 U.S.C. § 1715(b)(7)(B), it is estimated that there are approximately 122,676 individuals in the class.



«First» «Last»
October 9, 2020
Page 3

    8.    **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**  As the proposed Settlement is still pending final approval by the Court, there are no other opinions available at this time.  As of October 9, 2020, there has been no written judicial opinion related to the settlement.

    If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact the undersigned immediately so that PALMco can address any concerns or questions you may have.

    Thank you.

                    Sincerely,

                    */s/*
                    Jeanne M. Chernila
                    Project Manager

Enclosure – CD Rom

Exhibit B

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Barr | William P. | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Pickett | Robert | Chair, Regulatory Commission of Alaska | 701 West 8th Avenue | Suite 300 | Anchorage | AK | 99501-3469 |
| Andress Cavanaugh | Twinkle | President, Alabama Public Service Commission | 100 North Union Street | Suite 850 | Montgomery | AL | 36104 |
| Thomas | Ted J. | Chairman, Arkansas Public Service Commission | 1000 Center Street | | Little Rock | AR | 72201-4314 |
| Burns | Bob | Commissioner, Arizona Corporation Commission | 1200 West Washington Street | | Phoenix | AZ | 85007-2996 |
| Batjer | Marybel | President, California Public Utilities Commission | California State Building | 505 Van Ness Ave | San Francisco | CA | 94102-3298 |
| Ackermann | Jeffrey P. | Chairman, Colorado Public Utilities Commission | 1560 Broadway | Ste. 250 | Denver | CO | 80202 |
| Paslick Gillett | Marissa | Chairman, Connecticut Public Utilities Regulatory Authority | 10 Franklin Square | | New Britain | CT | 06051 |
| Phillips | Willie L. | Chairman, Public Service Commission of the District of Columbia | 1325 G Street, N.W., Suite 800 | | Washington | DC | 20005 |
| Winslow | Dallas | Chair, Delaware Public Service Commission | 861 Silver Lake Boulevard | Cannon Building | Dover | DE | 19904 |
| Clark | Gary F. | Chairman, Florida Public Service Commission | 2540 Shumard Oak Boulevard | Gerald Gunter Building | Tallahassee | FL | 32399 |
| McDonald Jr. | Lauren "Bubba" | Chairman, Georgia Public Service Commission | 244 Washington Street | | Atlanta | GA | 30334 |
| Griffin | James P. | Chair, Hawaii Public Utilities Commission | 465 South King Street | Kekuanao'a Building | Honolulu | HI | 96813 |
| Huser | Geri D. | Chair, Iowa Utilities Board | 1375 E. Court Avenue | Room 69 | Des Moines | IA | 50319-0069 |
| Kjellander | Paul | President, Idaho Public Utilities Commission | 1331 W. Chinden Blvd. | Building 8, Suite 201-A | Boise | ID | 83714 |
| Zalewski | Carrie K. | Chairman, Illinois Commerce Commission | 160 North LaSalle Street | Suite C-800 | Chicago | IL | 60601 |
| Huston | James | Chairman, Indiana Utility Regulatory Commission | PNC Center | 101 West Washington Street | Indianapolis | IN | 46204 |
| Duffy | Susan K. | Chairman, Kansas Corporation Commission | 1500 S.W. Arrowhead Road | | Topeka | KS | 66604 |
| Schmitt | Michael J. | Commissioner, Kentucky Public Service Commission | 211 Sower Boulevard | | Frankfort | KY | 40601 |
| Boissiere III | Lambert C. | Commissioner, Louisiana Public Service Commission | PO Box 91154 | 602 North Fifth Street | Baton Rouge | LA | 70821-9154 |
| Nelson | Matthew | Chair, Massachusetts Department of Public Utilities | One South Station | | Boston | MA | 02110 |
| Stanek | Jason | Chairman, Maryland Public Service Commission | 16th Floor | 6 St. Paul Street | Baltimore | MD | 21202-6806 |
| Bartlett II | Philip L. | Chairman, Maine Public Utilities Commission | 18 State House Station | | Augusta | ME | 04333-0018 |
| Scripps | Daniel C. | Chair, Michigan Public Service Commission | 7109 West Saginaw Highway | | Lansing | MI | 48909 |
| Sieben | Katie | Chair, Minnesota Public Utilities Commission | 121 Seventh Place East | Suite 350 | St. Paul | MN | 55101-2147 |
| Silvey | Ryan A. | Chairman, Missouri Public Service Commission | 200 Madison Street | Governor Office Building | Jefferson City | MO | 65101 |
| Maxwell | Dane | Chairman, Mississippi Public Service Commission | 501 North West Street | Woolfolk State Office Bldg. | Jackson | MS | 39201-1174 |
| Johnson | Brad | Chairman, Montana Public Service Commission | 1701 Prospect Avenue | PO Box 202601 | Helena | MT | 59620-2601 |
| Mitchell | Charlotte | Chair, North Carolina Utilities Commission | 4325 Mail Service Center | | Raleigh | NC | 27699-4300 |
| Kroshus | Brian | Chairman, North Dakota Public Service Commission | 600 E Boulevard Ave | Dept 408 | Bismarck | ND | 58505-0480 |
| Ridder | Mary | Chairman, Nebraska Public Service Commission | PO Box 94927 | | Lincoln | NE | 68509-4927 |
| Martin | Dianne | Chairwoman, New Hampshire Public Utilities Commission | 21 South Fruit Street | Suite 10 | Concord | NH | 03301-2429 |
| Fiordaliso | Joseph L. | President, New Jersey Board of Public Utilities | 44 South Clinton Avenue | | Trenton | NJ | 08625-0350 |
| Byrd | Jefferson L. | Commissioner, New Mexico Public Regulation Commission | 1120 Paseo de Peralta | | Santa Fe | NM | 87501-1269 |
| Williamson | Hayley | Chair, Public Utilities Commission of Nevada | 1150 East William Street | | Carson City | NV | 89701-3109 |
| Rhodes | John B. | Chairman, New York State Public Service Commission | Three Empire State Plaza | | Albany | NY | 12223-1350 |
| Randazzo | Sam | Chairman, Public Utilities Commission of Ohio | 180 East Broad Street | | Columbus | OH | 43215-3793 |
| Hiett | Todd | Chairman, Oklahoma Corporation Commission | Jim Thorpe Office Building | 2101 North Lincoln Boulevard | Oklahoma City | OK | 73105-2000 |
| Decker | Megan | Chair, Oregon Public Utility Commission | 201 High Street, SE | Suite 100 | Salem | OR | 97301 |
| Brown Dutrieuille | Gladys | Chairman, Pennsylvania Public Utility Commission | PO Box 3265 | | Harrisburg | PA | 17105 |
| Gerwatowski | Ronald | Chairman, Rhode Island Public Utilities Commission | 89 Jefferson Blvd. | | Warwick | RI | 02888 |
| Belser | Florence P. | Vice Chair, South Carolina Public Service Commission | 101 Executive Center Drive, Suite 100 | | Columbia | SC | 29210-8411 |
| Hanson | Gary W. | Chairman, South Dakota Public Utilities Commission | State Capitol | 500 East Capitol Avenue | Pierre | SD | 57501-5070 |
| Morrison | Robin | Chairman, Tennessee Public Utility Commission | 502 Deaderick Street | 4th Floor | Nashville | TN | 37243 |
| Walker | DeAnn | Chair, Public Utility Commission of Texas | 1701 North Congress Avenue | | Austin | TX | 78701-3326 |
| LeVar | Thad | Commission Chair, Public Service Commission of Utah | 160 East 300 South | 4th Floor | Salt Lake City | UT | 84111 |
| Christie | Mark C. | Commissioner, Virginia State Corporation Commission | 1300 East Main Street | | Richmond | VA | 23219 |
| Roisman | Anthony Z. | Chairman, Vermont Public Utility Commission | 112 State Street | 4th Floor | Montpelier | VT | 05620-2701 |
| Danner | David W. | Chairman, Washington Utilities and Transportation Commission | 621 Woodland Square Loop SE | | Lacey | WA | 98503 |
| Cameron Valcq | Rebecca | Chair, Public Service Commission of Wisconsin | 4822 Madison Yards Way | | Madison | WI | 53705 |
| Lane | Charlotte R. | Chairman, Public Service Commission of West Virginia | 201 Brooks Street | | Charleston | WV | 25301 |
| Fornstrom | Kara | Chairman, Wyoming Public Service Commission | 2515 Warren Avenue | Suite 300 | Cheyenne | WY | 82002 |
| Kracht | Torsten M. | Hunton Andrews Kurth, LLP | 2200 Pennsylvania Avenue NW | | Washington | DC | 20037 |

# Exhibit C

**Claim ID:** <mark><<ClaimID>></mark>

**If you are a person in the United States who was contacted by or on behalf of PALMco or its affiliates promoting PALMco that was called with a pre-recorded message, automated dialing system or was called while on the National Do Not Call Registry for at least 30 days from January 1, 2016 through September 30, 2020, you may be entitled to payment.**

*A FEDERAL COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.*

**Why did I get this Notice?**  A settlement ("Settlement") has been proposed in a class action lawsuit pending in the U.S. District Court for the Western District of Pennsylvania titled *Abramson v. PALMCO Energy PA, et al.*, W.D. PA. Case No. 2:19-cv-1675 ("Action").  According to available records, you might be a "Settlement Class Member."  The purpose of this Notice is to inform you of the Action and the Settlement so that you may decide what steps to take in relation to it.

**What is the Action about?**  The Action was filed against PALMCO Corporation d/b/a Indra Energy ("PALMCO") by an individual alleging PALMCO made unsolicited telemarketing calls.  PALMCO denies wrongdoing and liability, and both sides disagree on how much, if anything, the Class could have recovered after trial.  ***The Court has not decided which side is right.  But both sides have agreed to settle the Action and provide certain benefits to Settlement Class Members in order to avoid the costs of continued litigation.***

**Am I a Settlement Class Member?**  You are a "Settlement Class Member" if you fit into the following definition: If you are a person in the United States who was contacted by or on behalf of the Released Parties or its affiliates promoting one or more of the Released Parties that was called with a pre-recorded message, automated dialing system or was called while on the National Do Not Call Registry for at least 30 days from January 1, 2016 through September 30, 2020.

**What relief does the Settlement provide?**  The Settlement provides $1,000,000 to pay: (1) claims of eligible Settlement Class Members; (2) a Fees, Costs, and Expenses Award to Settlement Class Counsel; (3) a Service Payment to Plaintiff; and (4) costs of Settlement administration and notice.  If you are a Settlement Class Member, you are eligible to receive a pro rata share of the Net Settlement Fund by timely and validly submitting a Claim Form.   This amount may change, as it depends on the number of timely and valid claims submitted by Settlement Class Members and the number of calls associated with those other Settlement Class Members' claims.  To receive a Settlement award, you must timely complete and submit a valid Claim Form.  A Claim Form is available at www.PALMcoTCPAsettlement.com.  The deadline to submit a Claim Form is December 31, 2020.  If you elect to complete a Claim Form, your Class Member identification number is: <mark><ClaimID>.</mark>

**What are my other options?**  If you don't want to be legally bound by the Settlement, you must exclude yourself by December 31, 2020 or you won't be able to sue PALMCO or others involved with the calls at issue about the legal claims in the Action ever again.  If you stay in the Settlement, you may object to it by December 31, 2020.  The detailed Notice available at www.PALMcoTCPAsettlement.com describes the claims you will be releasing if you do not request exclusion and explains how to request exclusion or to object.  The Court will hold a hearing on March 9, 2021 at 10:00 a.m. to consider whether to approve the Settlement and a request by the lawyers representing all Class Members for up to $345,000.45 for a Fees, Costs, and Expenses Award, and for the Plaintiff's request for a $10,000 Service Payment.  You may ask to appear at the hearing, but you don't have to.

**More information?**  For complete information about the Settlement, to view the Settlement Agreement, related court documents, Claim Forms, and to learn more about how to exercise your various options under the Settlement, visit www.PALMcoTCPAsettlement.com or call 1-855-786-0912.  You may also write to the Settlement Administrator at the email address admin@PALMcoTCPAsettlement.com or the postal address

*PALMCO TCPA* Settlement Administrator, P.O. Box 43048, Providence, RI  02940-3048.

Exhibit D

*PALMCO TCPA* Settlement Administrator
P.O. Box 43048
Providence, RI 02940-3048

**If you are a person in the United States who was contacted by or on behalf of PALMco or its affiliates promoting PALMco that was called with a pre-recorded message, automated dialing system or was called while on the National Do Not Call Registry for at least 30 days from January 1, 2016 through September 30, 2020, you may be entitled to payment.**

*A FEDERAL COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.*

# PMB

<<Barcode>>

Postal Service: Please Do Not Mark Barcode

Claim#: PMB-<<ClaimID>> - <<MailRec>>

«First1» «Last1»
«CO»
«Addr1» «Addr2»
«City», «St» «Zip»
«Country»

**Why did I get this Notice?** A Settlement (the "Settlement") has been proposed in a class action lawsuit pending in the U.S. District Court for the Western District of Pennsylvania titled *Abramson v. PALMCO Energy PA, et al.*, W D PA Case No 2:19-cv-1675 ("Action") According to available records, you might be a "Settlement Class Member" The purpose of this Notice is to inform you of the Action and the Settlement so that you may decide what steps to take in relation to it

**What is the Action about?** The Action was filed against PALMCO Corporation d/b/a Indra Energy ("PALMCO") by an individual alleging PALMCO made unsolicited telemarketing calls PALMCO denies wrongdoing and liability, and both sides disagree on how much, if anything, the Class could have recovered after trial ***The Court has not decided which side is right. But both sides have agreed to settle the Action and provide certain benefits to Settlement Class Members in order to avoid the costs of continued litigation.***

**Am I a Settlement Class Member?** You are a "Settlement Class Member" if you fit into the following definition: If you are a person in the United States who was contacted by or on behalf of the Released Parties or its affiliates promoting the Released Parties that was called with a pre-recorded message, automated dialing system or was called while on the National Do Not Call Registry for at least 30 days from January 1, 2016 through September 30, 2020

**What relief does the Settlement provide?** The Settlement provides $1,000,000 to pay: (1) claims of eligible Settlement Class Members; (2) a Fees, Costs, and Expenses Award to Settlement Class Counsel; (3) a Service Payment to Plaintiff; and (4) costs of Settlement administration and notice  If you are a Settlement Class Member, you are eligible to receive a pro rata share of the Net Settlement Fund by timely and validly submitting a Claim Form  This amount may change, as it depends on the number of timely and valid claims submitted by Settlement Class Members and the number of calls associated with those other Settlement Class Members' claims  To receive a Settlement award, you must timely complete and submit a valid Claim Form  A Claim Form is available at www PALMcoTCPAsettlement com  The deadline to submit a Claim Form is December 31, 2020  If you elect to complete a Claim Form, your Class Member identification number is: <mark><ClaimID></mark>

**What are my other options?** If you don't want to be legally bound by the Settlement, you must exclude yourself by December 31, 2020, or you won't be able to sue PALMCO or others involved with the calls at issue about the legal claims in the Action ever again  If you stay in the Settlement, you may object to it by December 31, 2020  The detailed notice available at www PALMcoTCPAsettlement com describes the claims you will be releasing if you do not request exclusion and explains how to request exclusion or to object  The Court will hold a hearing on March 9, 2021 at 10:00 a m  to consider whether to approve the Settlement and a request by the lawyers representing all Class Members for up to $345,000 45 for a Fees, Costs, and Expenses Award, and for the Plaintiff's request for a $10,000 Service Payment  You may ask to appear at the hearing, but you don't have to

**More information?** For complete information about the Settlement, to view the Settlement Agreement, related court documents, Claim Forms, and to learn more about how to exercise your various options under the Settlement, visit www PALMcoTCPAsettlement com or call 1-855-786-0912  You may also write to the Settlement Administrator at the email address admin@PALMcoTCPAsettlement com or the postal address *PALMCO TCPA* Settlement Administrator, P O  Box 43048, Providence, RI  02940-3048

# Exhibit E

*Abramson v.*

*PALMco Energy PA L.L.C., et al.*

Digital Media Screenshots



Placement: Boston.com



INSPIRE, EDUCATE, EQUIP
We make your dreams a reality

**Adorama**
SHOP NOW



NEWS   WEATHER   SPORTS   FOOD   CULTURE   TRAVEL   EVENTS   CARS   REAL ESTATE   ALL

Coronavirus   Daily #s   Town #s   Deaths   Map   Charts   Testing locations   Resources   Boston Helps

## TOP STORIES



### 3 takeaways from the only televised 4th District debate





What we learned from the new data on coronavirus clusters in Massachusetts

The season's first snowfall has arrived. Here's how restaurant owners reacted.

**RED ZONE**
Here are the 121 Mass. communities with the highest COVID risk this week

**ROLL BACK**
Here are the communities that have to roll back to Phase 3, Step 1 due to this week's COVID numbers

**DAILY #S**
Mass. reports 23 new COVID-19 deaths, 1,488 new cases

**POLITICS**
Trump pitches 'back to normal' as Biden warns of tough days

**ADMISSIONS SCANDAL**
Actor Lori Loughlin reports to prison in college admissions scandal

**CORONAVIRUS**
'An unprecedented, unusual circumstance': How COVID-19 is rattling the school bus industry in Mass.



Did you receive a telemarketing call promoting PALMco products between January 1, 2016 and September 30, 2020? You could get money from a class action settlement.

LEARN MORE

PALMcoTCPAsettlement.com

## MOST POPULAR

1. Bobby Orr endorses Donald Trump for president

2. What we learned from the new data on coronavirus clusters in Massachusetts

3. Bart Scott comes down on Bill Belichick

4. Here are the Mass. communities that have to roll back to Phase 3, Step 1

5. Massachusetts snow totals: Friday, October 30, 2020

6. Restaurant owners react to the season's first snowfall



≡ SECTIONS   🔍 SEARCH                    **Capital Gazette**              ONLY $1 FOR 2 MONTHS / Subscribe now    LOG IN



EDUCATION

Queen Anne's County appoints acting schools chief, addressing leadership void

By JONATHAN M. PITTS
1h

• Maryland's 4th District: George McDermott runs again for sixth time, challenges Rep. Anthony Brown
• Maryland's 5th District: Republican Chris Palombi challenges House Majority Leader Steny Hoyer

ADVERTISEMENT 

POLITICS

Anne Arundel sets new early voting record with more than 78,000 ballots cast; officials set sights on 100,000 voters

By OLIVIA SANCHEZ
1:47 PM

• Catching up before Election Day Tuesday? Here's a roundup of early voting hours, locations, drop-off boxes, Anne Arundel coverage and more.



ANNAPOLIS

City Dock Coffee at Market Space has closed permanently due to 'financial issues,' property owner says

3h



CRIME

Plea agreement for Glen Burnie man sheds light on looming murder trial in pool party shooting

1h



NAVAL ACADEMY

Midshipman's lawsuit claims Naval Academy violated Trump's order barring racial sensitivity training



NAVY

Scouting the opponent: Q&A between The Capital and Pony Stampede ahead of Navy-SMU football game



Did you receive a telemarketing call promoting PALMco products between January 1, 2016 and September 30, 2020? You could get money from a class action settlement.

LEARN MORE

PALMcoTCPAsettlement.com



☰ SECTIONS

Try, "What Chicago amusement park closed in 1967?"    Search

**ONLY $1 FOR 2 MONTHS**
Subscribe now

LOG IN

CORONAVIRUS IN ILLINOIS UPDATES



Coronavirus at Illinois long-term care facilities: 34,278 confirmed cases and 5,127 deaths

By CHICAGO TRIBUNE STAFF
1h



The Spin: Lightfoot argues again that bars and restaurants aren't driving COVID-19 spread | Chicago's security plan for Election Day unrest | Foxx-O'Brien nearly tied — in money race

By LISA DONOVAN
1h



Illinois shatters single-day COVID-19 record set a day earlier with nearly 7,000 new cases; a 10th region hit with tighter restrictions

By DAN PETRELLA
1h



Chicago Bears defensive lineman Akiem Hicks is not making excuses on his league-leading 7 penalties: 'It just doesn't work. So fix it, Akiem.'

By COLLEEN KANE
1h

ADVERTISEMENT

Did you receive a telemarketing call promoting PALMco products between January 1, 2016 and September 30, 2020? You could get money from a class action settlement.



LEARN MORE

PALMcoTCPAsettlement.com





NEWS ⌄   CORONAVIRUS ⌄   WEATHER ⌄   LIVE   TRAFFIC ⌄   SPORTS ⌄   LOCAL 4 YOU ⌄   PROGRAMMING ⌄   JOBS   ABOUT US ⌄

## LATEST VIDEOS

‹



**When to expect Franklin County election results**



**Ballot issue 2 could decide fate of civilian review board for Columbus police**



**OSU expert warns calls of fraudulent election results could stoke unrest**

›



Did you receive a telemarketing call promoting PALMco products between January 1, 2016 and September 30, 2020? You could get money from a class action settlement.



LEARN MORE

PALMcoTCPAsettlement.com

—

## TOP STORIES



**Ohio Bureau of Workers' Compensation approves $5 billion dividend for employers**

Local News / 8 hours ago



**Sheriff's Office: Illinois murder suspect loose in Madison County**

Local News / 1 day ago



**Ohio to begin accepting applications for $400M in relief for small businesses, low-income residents, more**



**Here is when you can do early in-person voting in Franklin County through Election Day**

Your Local Election HQ / 6 days ago



NBC 4 JOBS

work history.

JOB

Looking For Employment?
SEE AVAILABLE LOCAL JOBS

VIEW JOBS



| 7 PM | 8 PM | 12 AM | 6 AM |
|------|------|-------|------|
| Clear Night | Mainly Clear | Mostly Cloudy | Chilling Breeze |
| 43° | 42° | 38° | 34° |

**TRENDING ON NBC4I.COM**





Did you receive a telemarketing call
promoting PALMco products between
January 1, 2016 and September 30, 2020?
You could get money from
a class action settlement.

LEARN MORE

PALMcoTCPAsettlement.com



☰ 🔍  **10 PHILADELPHIA**   LOCAL   WEATHER   INVESTIGATORS   ENTERTAINMENT   VIDEOS          🌙 41°   LIVE TV

TRENDING   Election Coverage   Map: Coronavirus Cases   Race in Philly   Schooling in a Pandemic   LX

CENTER CITY · 40 MINS AGO
**2 Good Samaritans Stop Armed Man From Abducting Woman in Center City, Police Say**

DECISION 2020 · 9 HOURS AGO
**Worried About Snail Mail? Still Plenty of Ways to Hand in Your Mail-In Ballot**

● LIVE: NBC 10
**ELECTION SPECIAL – NBC10 News: Decision 2020**

DECISION 2020 · 2 HOURS AGO
**Region Works to Prevent Any Possible Unrest During and After Election Day**

DECISION 2020 · 1 HOUR AGO
**Right to Peace at the Polls: What Is Voter Intimidation and How to Report It**



DONALD TRUMP · 3 HOURS AGO
**Trump Talks Legal Action, Biden on Offense as Campaign Ends**



DELAWARE · 2 HOURS AGO
**2 Workers Killed After Strong Winds Tip Over Lift in Delaware**

PHILADELPHIA · 11 HOURS AGO
**Mayor Kenney, Philly Officials Urge 'Patience' on Election Day and the Days to...**

DECISION 2020 · 9 HOURS AGO
**Pa. 'Probably' Won't Know Presidential Election Results on Nov. 3, Wolf Says**

SENATE · 8 HOURS AGO
**GOP Tries to Save Its Senate Majority**



**10 FIRST ALERT WEATHER**
PHILADELPHIA, PA
StormTracker 4





**4 WASHINGTON**    LOCAL   CORONAVIRUS   U.S. & WORLD   WEATHER   INVESTIGATIONS   THE SCENE    51°   LIVE TV

# LOCAL   <small>See all</small>





**CHARLES COUNTY · 1 HOUR AGO**
**Charles County Neighborhood Concerned Flooding Will Cut Off Roads**

**VIRGINIA · 2 HOURS AGO**
**Alexandria Spotlights Black History With New Walking Tours**

**HOSPITAL SHOOTING · 1 HOUR AGO**
**Man Kills Wife in Her Hospital Room**



© Mapbox © OpenStreetMap | Improve this map

PAST   ▶   4:55 PM

**51°**    TONIGHT **39°**

Broken Clouds   TOMORROW
0% Precip   **52°**

37 WEATHER ALERTS

See full forecast

PRESENTED BY JES

# MOST READ

**SHOOTING**
**80-Year-Old Man Fatally Shoots Wife, Himself at Spotsylvania Hospital**

**Watch News4 Live**

**KARON HYLTON-BROWN**
**4 DC Officers on Leave After Karon Hylton-Brown's Fatal Scooter Crash; Body Cam Video Released**

**JUMMY OLABANJI**
**DC Woman Carries On Legacy of Formerly Enslaved Man Who Inspired Jack Daniel's Whiskey**

**KEVIN E. PETERSON JR.**
**Father: 21-Year-Old Black Man Killed by Washington Deputies**

**MONTGOMERY COUNTY**
**Montgomery County to Double Number of Speed, Red Light Cameras**



Did you receive a telemarketing call promoting PALMco products between January 1, 2016 and September 30, 2020? You could get money from a class action settlement.

LEARN MORE

PALMcoTCPAsettlement.com



**SUBSCRIBE NOW**
99¢ for the first month

# New Jersey Herald

**SUBSCRIBE NOW**
99¢ for the first month

**News**   **Sports**   **Entertainment**   **Lifestyle**   **Opinion**   **Nation / World**   **Obituaries**   **E-Edition**   **Legals**   ⌄   🔍   **Subscribe**



## Montague School meals program runs out of food on first day

NEWS 6:47 p.m. ET Nov. 2



**Gas pipeline project in West Milford poised for state OK**
WEST MILFORD 5:51 p.m. ET Nov. 2




**Sparta girls tennis claims regional title**
TENNIS 5:38 p.m. ET Nov. 2



**Here's how to track your ballot in NJ**
ELECTIONS 4:36 p.m. ET Nov. 2

## More Stories

**Top Headlines**

Greater Sussex Football Weekly Top Performers for Week 5

Second chance coming to claim $300 unemployment benefit

WeChat, WhatsApp connect Asian voters to campaigns

NJ election: Everything you need to know

How NJ is preparing for potential election unrest

Advertisement

Did you receive a telemarketing call promoting PALMco products between January 1, 2016 and September 30, 2020? You could get money from a class action settlement.

**LEARN MORE**

PALMcoTCPAsettlement.com

**Daily Briefing, in your inbox!**

Start your day with the morning's top news



Abramson v. PALMco Energy PA, LLC, et al.: 800x600
Placement: WAVY.com





🏠 | Listen ▾ | News ▾ | Sports ▾ | Traffic ▾ | Weather | Programs ▾ | Podcasts ▾ | Features ▾ | Contest Rules | Advertise on WDEL | More ▾   🔍


Earn **6%** on YOUR retirement income
Dan White & Associates • 610-358-8942 • danwhiteandassociates.com

**WDEL's Latest Videos**



THE LATEST FROM WDEL NEWS
EXCLUSIVE

VIDEO EXCLUSIVE | Wilmington Housing Authority official charged after tempers flare at meeting over property conditions

DJ McAneny
Published Oct 22, 2020 at 3:02 pm  💬

A meeting over conditions at the Wilmington Housing Authority's Park View Apartments property never took place as organizers'



THE LATEST FROM WDEL NEWS

VIDEO | Takeaways from Day 3 of the Amy Coney Barrett confirmation hearings

Alex Rogers | CNN
Published Oct 14, 2020 at 6:48 pm  💬

Supreme Court nominee Amy Coney Barrett faced the Senate Judiciary Committee on Wednesday for likely the last time before the Senate votes to confirm her in two weeks.



THE LATEST FROM WDEL NEWS

VIDEO | Getting restaurants winter-ready

Mike Phillips   Oct 14, 2020 - 2:45 pm  💬

New Castle County is offering a new round of grants aimed at helping restaurants continue outdoor dining as the weather turns cooler and COVID-19 restrictions remain in place.



THE LATEST FROM WDEL NEWS

'Heal' instead of 'kill': Exonerated Central Park Five member talks about what police reforms should look like in Delaware

Amy Cherry   Oct 5, 2020 - 2:00 pm  💬

"Why aren't folks seen as innocent until proven guilty?"

Oct 27, 2020 - 3:03 pm

A duck spreads its wings in a pond as fall foliage colors are reflected on the water in Nagano, central Japan.

**Follow WDEL**

[f] [t]

**Submit a News Tip**

We're always interested in hearing about news in our community. Contact the WDEL Newsroom: wdelnews@wdel.com or (302) 478-8898.

**Send Email**


Did you receive a telemarketing call promoting PALMco products between January 1, 2016 and September 30, 2020? You could get money from a class action settlement.
LEARN MORE
PALMcoTCPAsettlement.com

**TrafficWatch**

DE-141: at the I-95 work zone new traffic pattern. Traffic lights still active at the end of the



 

46° Kenmore

WIVB 4 .COM

NEWS ∨    4 WARN WEATHER ∨    VIDEO    SPORTS ∨    COMMUNITY ∨    WATCH LIVE ∨    REPORT IT!    FOUND IT ON 4    ABOUT US ∨    JOBS ∨    🔍

**BREAKING NEWS /** Chautauqua County Sheriff: Missing private plane has been found, deceased ID'd    ‹ 1/2 ›

**CLOSINGS /** There is currently 1 active closing. Click for more details.

**WEATHER ALERTS /** Wind Advisory: **Cattaraugus, Chautauqua, Genesee, Niagara, Northern Erie, Orleans, Southern Erie, Wyoming**



Did you receive a telemarketing call promoting PALMco products between January 1, 2016 and September 30, 2020? You could get money from a class action settlement.



LEARN MORE
PALMcoTCPAsettlement.com













*Abramson v. PALMco Energy PA, LLC, et al.: Mobile News Feed Ad*
Placement: m.facebook.com





Exhibit F

**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff<br><br>vs.<br><br>PALMCO ENERGY PA L.L.C d/b/a INDRA ENERGY, SYNEGENCE, LLC, SHERRIE EDWARDS aka SHERRIE BRYANT aka SHERRIE BRYANT EDWARDS and MATRIX ENERGY GROUP<br>    Defendants. | Case No. 2:19-cv-1675-MJH |

**NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT**

**TO: All persons in the United States who were contacted by or on behalf of PALMco or its affiliates promoting PALMco that were called with a pre-recorded message, automated dialing system or were called while on the National Do Not Call Registry for at least 30 days from January 1, 2016 through September 30, 2020.**

**IF YOU ARE A MEMBER OF THIS CLASS OF PERSONS, YOU SHOULD READ THIS NOTICE CAREFULLY BECAUSE IT MAY AFFECT YOUR LEGAL RIGHTS AND OBLIGATIONS.**

*A FEDERAL COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.*

- A settlement ("Settlement") has been proposed in the class action lawsuit referenced above pending in the United States District Court for the Western District of Pennsylvania ("Action"). You may be a Class Member in the proposed Settlement and may be entitled to participate in the proposed Settlement.

- The United States District Court for the Western District of Pennsylvania has ordered the issuance of this Notice in this Action. PALMco Energy PA L.L.C. d/b/a Indra Energy ("PALMco" or "Defendant") denies it did anything wrong and has defended itself throughout the lawsuit. The Court has not decided who is right. Both sides have agreed to settle the dispute to avoid burdensome and costly litigation.

- If the Court gives final approval to the Settlement, Defendant and its insurance company will create a fund of $1,000,000. If you submit a valid Claim Form, you may be eligible to receive a pro rata share of the Net Settlement Fund. The value of a Settlement Class Member's individual award will depend upon the number of Settlement Class Members who file valid Claim Forms.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | |
|---|---|---|
| **SUBMIT A CLAIM FORM** | This is the only way to get an award under the Settlement. Visit the Settlement Website located at www.PALMcoTCPAsettlement.com to file a claim or obtain a Claim Form. | Deadline: **December 31, 2020** |
| **EXCLUDE YOURSELF** | If you exclude yourself from the Settlement, you will not receive an award under the Settlement. Excluding yourself is the only option that allows you to bring or maintain your own lawsuit regarding the allegations in the Action ever again. | Deadline: **December 31, 2020** |
| **OBJECT** | You may write to the Court about why you object to (i.e., don't like) the Settlement and think it shouldn't be approved. Submitting an objection does not exclude you from the Settlement. | Deadline: **December 31, 2020** |
| **GO TO THE "FAIRNESS HEARING"** | The Court will hold a "Fairness Hearing" to consider the Settlement, the request for attorneys' fees and costs of the lawyers who brought the Action, and the Representative Plaintiff's request for service awards for bringing the Action.<br><br>You may, but are not required to, speak at the Fairness Hearing about any objection you submitted to the Settlement. If you intend to speak at the Fairness Hearing, you must also submit a "Notice of Intention to Appear" to the Court and the parties' attorneys, indicating your intent to do so. | Hearing Date: **March 9, 2021**<br><br>Time: **10:00 a.m.** |
| **DO NOTHING** | You will not receive a Settlement award under the Settlement. You will also give up your right to object to the Settlement, and you will not be able to be part of any other lawsuit about the legal claims in this case. | N/A |

- These rights and options—**and the deadlines to exercise them**—are explained in more detail below.

- The Court in charge of this Action has preliminarily approved the Settlement and must decide whether to give final approval to the Settlement. The relief provided to Settlement Class Members will be provided only if the Court gives final approval to the Settlement and, if there are any appeals, after the appeals are resolved in favor of the Settlement. ***Please be patient.***

## WHAT THIS NOTICE CONTAINS

BACKGROUND INFORMATION ...........................................................................................3
    1.    Why did I get this Notice?
    2.    What is this lawsuit about?
    3.    Why is this a class action?
    4.    Why is there a Settlement?
    5.    How do I know if I am part of the Settlement?
    6.    I'm still not sure if I am included.

THE PROPOSED SETTLEMENT.............................................................................................5
    7.    What relief does the Settlement provide to the Class Members?

HOW TO REQUEST AN AWARD UNDER THE SETTLEMENT—SUBMITTING A CLAIM FORM...........5
    8.    How can I get a Settlement award?
    9.    When will I get a Settlement award?

THE LAWYERS IN THIS CASE AND THE PLAINTIFF......................................................5
    10.    Do I have a lawyer in this case?
    11.    How will the lawyers be paid?
    12.    Will the Plaintiff receive any compensation for their efforts in bringing this Action?

DISMISSAL OF ACTION AND RELEASE OF ALL CLAIMS .............................................6
    13.    What am I giving up to obtain relief under the Settlement?

HOW TO EXCLUDE YOURSELF FROM THE SETTLEMENT ............................................6
    14.    How do I exclude myself from the Settlement?

HOW TO OBJECT TO THE SETTLEMENT .......................................................................6
    15.    How do I tell the Court that I disagree with the Settlement?
    16.    What is the difference between excluding myself and objecting to the Settlement?

FAIRNESS HEARING.........................................................................................................7
    17.    What is the Fairness Hearing?
    18.    When and where is the Fairness Hearing?
    19.    May I speak at the hearing?

ADDITIONAL INFORMATION.............................................................................................8
    20.    How do I get more information?
    21.    What if my address or other information has changed or changes after I submit a Claim Form?

## BACKGROUND INFORMATION

**1.      Why did I get this Notice?**

You received this Notice because a Settlement has been reached in this Action and you may be a Class Member. If you are a member of the Settlement Class, you may be eligible for the relief detailed below.

This Notice explains the nature of the Action, the general terms of the proposed Settlement, and your legal rights and obligations.  To obtain more information about the Settlement, including information about how you can see a copy of the Settlement Agreement (which defines certain capitalized terms used in this Notice), see Section 20 below.

| **2.** | **What is this lawsuit about?** |
|---|---|

An individual (the "Plaintiff") filed a lawsuit against Defendant on behalf of himself and all others similarly situated.  The lawsuit alleges that Defendant violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the "TCPA") by, *inter alia*, placing unsolicited telemarketing calls to Plaintiff and members of the putative class using a pre-recorded message.

Defendant denies each and every one of the allegations of unlawful conduct, any wrongdoing, and any liability whatsoever, and no court or other entity has made any judgment or other determination of any liability. Defendant further denies that any Class Member is entitled to any relief and, other than for settlement purposes, that this Action is appropriate for certification as a class action.

**The issuance of this Notice is not an expression of the Court's opinion on the merits or the lack of merits of the Plaintiff's claims in the Action.**

For information about how to learn about what has happened in the Action to date, please see Section 20 below.

| **3.** | **Why is this a class action?** |
|---|---|

In a class action lawsuit, one or more people sue on behalf of other people who allegedly have similar claims. For purposes of this proposed Settlement, one court will resolve the issues for all Settlement Class Members. The company sued in this case, PALMCO ENERGY PA L.L.C d/b/a INDRA ENERGY, is called the Defendant.

| **4.** | **Why is there a Settlement?** |
|---|---|

Plaintiff has made claims against Defendant.  Defendant denies that it has done anything wrong or illegal and admits no liability.  The Court has **not** decided that the Plaintiff or Defendant should win this Action.  Instead, both sides agreed to a Settlement.  That way, they avoid the cost of a trial, and the Settlement Class Members will receive relief now rather than years from now, if at all.

| **5.** | **How do I know if I am part of the Settlement?** |
|---|---|

The Court has decided that everyone who fits this description is a Class Member for purposes of the proposed Settlement:  All persons in the United States who were contacted by or on behalf of the Released Parties or its affiliates promoting the Released Parties that were called with a pre-recorded message, automated dialing system or were called while on the National Do Not Call Registry for at least 30 days from January 1, 2016 through September 30, 2020.

| **6.** | **I'm still not sure if I am included.** |
|---|---|

If you are still not sure whether you are included in the Settlement Class, you can write or call the Settlement Administrator for free help.  The Settlement Administrator's contact information is below.

*PALMCO TCPA* Settlement Administrator
P.O. Box 43048
Providence, RI  02940-3048
1-855-786-0912
Email: admin@PALMcoTCPAsettlement.com

**THE PROPOSED SETTLEMENT**

| 7. | What relief does the Settlement provide to the Class Members? |
|---|---|

Defendant and its insurer will create a Settlement Fund of $1,000,000 which will be used to pay the Claims of Settlement Class Members, Settlement Class Counsel's Fees, Costs, and Expenses Award (see Section 11 below), Plaintiff's Service Payment (see Section 12 below), and compensation for the Settlement Administrator for providing notice to the Settlement Class and administering the Settlement.

If you are a Settlement Class Member, you are eligible to receive a pro rata share of the Net Settlement Fund by timely and validly submitting a Claim Form.

**HOW TO REQUEST AN AWARD UNDER THE SETTLEMENT—
SUBMITTING A CLAIM FORM**

| 8. | How can I get a Settlement award? |
|---|---|

To qualify for a Settlement award, you must send in a Claim Form.  A Claim Form is available on the Internet at the Settlement website www.PALMcoTCPAsettlement.com.   The Claim Form may be submitted electronically or by postal mail.  Read the instructions carefully, fill out the form, and postmark it by December 31, 2020 or submit it online on or before 11:59 p.m. (Pacific) on December 31, 2020.

| 9. | When will I get a Settlement award? |
|---|---|

As described in Sections 17 and 18, the Court will hold a hearing on March 9, 2021 at 10:00 a.m. Eastern to decide whether to approve the Settlement.  If the Court approves the Settlement, after that, there may be appeals.  It's always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year.  You can check on the progress of the case on the website dedicated to the Settlement at www.PALMcoTCPAsettlement.com.  *Please be patient.*

**THE LAWYERS IN THIS CASE AND THE PLAINTIFF**

| 10. | Do I have a lawyer in this case? |
|---|---|

The Court has ordered that the law firm of Paronich Law, P.C. ("Settlement Class Counsel") will represent the interests of all Settlement Class Members.  You will not be separately charged for these lawyers.  If you want to be represented by your own lawyer, you may hire one at your own expense.

| 11. | How will the lawyers be paid? |
|---|---|

Settlement Class Counsel will petition the Court to receive a Fees, Costs, and Expenses Award up to $345,000.45 (total, which includes $12,000.45 in advanced expenses).  The Court will make the final decision as to the amount to be paid to the attorneys for their fees and costs.  You will not be required to separately pay any attorneys' fees or costs.

| 12. | Will the Plaintiff receive any compensation for their efforts in bringing this Action? |
|---|---|

The Plaintiff will request a Service Payment of up to $10,000 for his services as class representative and his efforts in bringing the Action.  The Court will make the final decision as to the amount to be paid to the Plaintiff.

**DISMISSAL OF ACTION AND RELEASE OF ALL CLAIMS**

| **13.** | **What am I giving up to obtain relief under the Settlement?** |
|---|---|

If the Court approves the proposed Settlement, you will be releasing your claims against Defendant and the other entities allegedly involved in the calls at issue unless you have excluded yourself from the Settlement. This generally means that you will not be able to file or pursue a lawsuit against Defendant or be part of any other lawsuit against Defendant asserting claims that were or could have been asserted in the Action. The Settlement Agreement, available on the Internet at the website www.PALMcoTCPAsettlement.com, contains the full terms of the release.

**HOW TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

| **14.** | **How do I exclude myself from the Settlement?** |
|---|---|

You may exclude yourself from the Class and the Settlement.  You can submit a request for exclusion to the Settlement Administrator electronically (through the Settlement Website) or by postal mail.  If you want to be excluded, you must either complete the Opt-Out Form available on the Settlement Website located at www.PALMcoTCPAsettlement.com, or write the Settlement Administrator stating: **(a)** the name and case number of the action – *"Abramson v. PALMCO Energy PA, et al.,* W.D. PA. Case No. 2:19-cv-1675"; **(b)** the full name and the class member identification number for the Settlement Class Member assigned by the Settlement Administrator; **(c)** the address and telephone number of the Settlement Class Member seeking exclusion; **(d)** that the requestor does not wish to participate in the Settlement; and **(e)** be signed personally by you.  If you are not using the Opt-Out Form on the Settlement Website, the request for exclusion must be sent to the Settlement Administrator at:

*PALMCO TCPA* Settlement Administrator
P.O. Box 43048
Providence, RI  02940-3048
www.PALMcoTCPAsettlement.com

Your request for exclusion must be submitted electronically or be postmarked no later than December 31, 2020, at 11:59 p.m. (Pacific).  If you submit your request for exclusion by postal mail, you are responsible for your postage.

If you validly and timely request exclusion from the Settlement Class, you will be excluded from the Settlement Class, you will not be bound by the Settlement Agreement or the judgment entered in the Action, you will not be eligible to make a Claim for any benefit under the terms of the Settlement Agreement, you will not be entitled to submit an objection to the Settlement, and you will not be precluded from prosecuting any timely, individual claim against Defendant based on the conduct complained of in the Action.

**HOW TO OBJECT TO THE SETTLEMENT**

| **15.** | **How do I tell the Court that I disagree with the Settlement?** |
|---|---|

At the date, time, and location stated in Section 18 below, the Court will hold a Fairness Hearing to determine if the Settlement is fair, reasonable, and adequate, and to also consider the attorneys who initiated the Action's request for a Fees, Costs, and Expenses Award, and a Service Payment to the Plaintiff.

If you wish to object to the fairness, reasonableness, or adequacy of the Settlement Agreement or the proposed Settlement, you must write to the Court and must: **(a)** clearly identify the case name and number – *"Abramson v. PALMCO Energy PA, et al.,* W.D. PA. Case No. 2:19-cv-1675"; **(b)** include the full name and the class

member identification number for the Settlement Class Member assigned by the Settlement Administrator; **(c)** include the address and telephone number of the objecting Settlement Class Member; **(d)** include the full name, address, telephone number, and email address of the objector's counsel, and the state bar(s) to which counsel is admitted (if the objector is represented by counsel); and **(e)** provide a detailed explanation stating the specific reasons for the objection, including any legal and factual support and any evidence in support of the objection. The objection will not be valid if it objects only to the lawsuit's appropriateness or merits. Objections may be submitted to the Settlement Administrator by postal mail. The Settlement Administrator will then have the objections submitted to the Court. Or you may submit the objections directly to the Court. If an objection is submitted by postal mail, the Settlement Class Member must pay for postage. The Settlement Administrator's contact information is below.

*PALMCO TCPA* Settlement Administrator
P.O. Box 43048
Providence, RI  02940-3048
Email: admin@PALMcoTCPAsettlement.com

The mailing address for the Court is:

Clerk of the Court
Joseph F. Weis, Jr. Courthouse
United States District Court, Western District of Pennsylvania
700 Grant Street
Pittsburgh, PA 15219

The objection must be submitted electronically or be postmarked no later than December 31, 2020 at 11:59 p.m. (Pacific).

You may, but need not, submit your objection through counsel of your choice. If you do make your objection through an attorney, you will be responsible for your personal attorney's fees and costs.

**IF YOU DO NOT TIMELY MAKE AN OBJECTION, YOU WILL BE DEEMED TO HAVE WAIVED ALL OBJECTIONS AND WILL NOT BE ENTITLED TO SPEAK AT THE FAIRNESS HEARING.**

If you submit a written objection, you have the option to appear and request to be heard at the Fairness Hearing, either in person or through personal counsel. You are not required, however, to appear. However, if you, or your attorney, intend to make an appearance at the Fairness Hearing, you must include on your timely and valid objection a statement substantially similar to "Notice of Intention to Appear." Only those who submit timely objections including Notices of Intention to Appear may speak at the Fairness Hearing. If you make an objection through an attorney, you will be responsible for your attorney's fees and costs.

| **16.     What is the difference between excluding myself and objecting to the Settlement?** |
| --- |

Objecting is simply telling the Court that you disagree with something about the Settlement. You can object only if you stay in the Settlement Class. Excluding yourself is telling the Court that you don't want to be part of the Settlement Class. If you exclude yourself, you have no basis to object because the Settlement no longer affects you.

**FAIRNESS HEARING**

| **17.     What is the Fairness Hearing?** |
| --- |

The Court has preliminarily approved the Settlement and will hold a hearing to decide whether to give final approval to the Settlement. The purpose of the Fairness Hearing will be for the Court to determine whether the Settlement should be approved as fair, reasonable, adequate, and in the best interests of the Settlement Class; to consider the Fees, Costs, and Expenses Award to the attorneys who initiated the Action; and to consider the request for a Service Payment to the Plaintiff.

| 18. | When and where is the Fairness Hearing? |
|---|---|

On March 9, 2021 at 10:00 a.m. Eastern, a hearing will be held on the fairness of the proposed Settlement.  At the hearing, the Court will be available to hear any objections and arguments concerning the proposed Settlement's fairness.  The hearing will take place before the Honorable Marilyn J. Horan, Joseph F. Weis, Jr. Courthouse, United States District Court, Western District of Pennsylvania, 700 Grant Street, Pittsburgh, PA 15219 on March 9, 2021 at 10:00 a.m. Eastern. The hearing may be postponed to a different date or time or location without notice.  Please check www.PALMcoTCPAsettlement.com for any updates about the Settlement generally or the Fairness Hearing specifically.  If the date or time of the Fairness Hearing changes, an update to the Settlement Website will be the only way you will be informed of the change.

| 19. | May I speak at the hearing? |
|---|---|

At that hearing, the Court will be available to hear any objections and arguments concerning the fairness of the Settlement.  You may attend, but you do not have to.  As described above in Section 15, you may speak at the Fairness Hearing only if (a) you have timely submitted an objection, and (b) you have timely and validly provided a Notice of Intent to Appear.  If you have requested exclusion from the Settlement, however, you may not speak at the Fairness Hearing.

## ADDITIONAL INFORMATION

| 20. | How do I get more information? |
|---|---|

To see a copy of the Settlement Agreement, the Court's Preliminary Approval Order, the application for a Fees, Costs, and Expenses Award, and the operative Complaint filed in the Action, please visit the Settlement Website located at: www.PALMcoTCPAsettlement.com.  Alternatively, you may contact the Settlement Administrator at the email address admin@PALMcoTCPAsettlement.com or the U.S. postal (mailing) address: *PALMCO TCPA* Settlement Administrator, P.O. Box 43048, Providence, RI  02940-3048.  You may also obtain information by calling 1-855-786-0912.

This description of this Action is general and does not cover all of the issues and proceedings that have occurred.  In order to see the complete file, you should visit www.pacer.gov or the Clerk's office at Joseph F. Weis, Jr. Courthouse, United States District Court, Western District of Pennsylvania, 700 Grant Street, Pittsburgh, PA 15219.  The Clerk will tell you how to obtain the file for inspection and copying at your own expense.

| 21. | What if my address or other information has changed or changes after I submit a Claim Form? |
|---|---|

It is your responsibility to inform the Settlement Administrator of your updated information.  You may do so at the address below:

*PALMCO TCPA* Settlement Administrator
P.O. Box 43048
Providence, RI  02940-3048
Email: admin@PALMcoTCPAsettlement.com

* * * *

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE SETTLEMENT
OR THE LITIGATION TO THE CLERK OF THE COURT OR THE JUDGE.**

Exhibit G

*PALMCO TCPA Settlement Administrator*
P.O. Box 43048
Providence, RI 02940-3048

# PMB

*Abramson  v. PALMco Energy PA, LLC, et al.*

U.S. DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

Case No. 2:19-cv-1675

**Must Be Postmarked By
December 31, 2020**

## Settlement Claim Form

**If you are a Class Member and wish to receive a payment, your completed Claim Form must be postmarked on or before December 31, 2020, or submitted online at www.PALMcoTCPAsettlement.com on or before December 31, 2020.**

Please read the full Notice of this Settlement (available at www.PALMcoTCPAsettlement.com) carefully before filling out this Claim Form.

To be eligible to receive any benefits from the Settlement obtained in this class action lawsuit, you must submit your Claim Form online or by mail:

**ONLINE:**  Visit www.PALMcoTCPAsettlement.com and submit your claim online

This is the only way to receive your payment via PayPal.

**MAIL:**  *PALMCO TCPA* Settlement Administrator
P.O. Box 43048
Providence, RI 02940-3048

## PART ONE: CLAIMANT INFORMATION

Provide your name and contact information below. It is your responsibility to notify the Settlement Administrator of any changes to your contact information after the submission of your Claim Form.

First Name

M.I.  Last Name

Address

Address (continued)

City

State  ZIP Code

1

Email Address

Current Telephone Number

**PART TWO: ATTESTATION UNDER PENALTY OF PERJURY**

I attest under the pains and penalties of perjury that: (1) I believe that I am a member of the Settlement Class; and (2) I received one or more phone calls and/or text messages marketing PALMco products from January 1, 2016 through September 30, 2020 on the following telephone number owned by me:

Telephone Number at which calls and/or texts were received

Type of Phone:  ○ Landline   ○ Cell Phone

I have attached hereto a telephone bill establishing proof of my ownership of the telephone number.

I also certify that this is the only claim that I am submitting in connection with the above telephone number.

I wish to receive any payment from this Settlement by check. I understand that if I wish to receive electronic payment to my PayPal account, I must submit my Claim Form online and provide the email address associated with my PayPal account.

Signature: _____   Date (mm/dd/yyyy): _____

Print Name: _____

### CLAIM FORM REMINDER CHECKLIST

**Before submitting this Claim Form, please make sure you:**

1. Complete all fields in the Claimant Information section of this Claim Form.

2. Attach a telephone bill providing proof of ownership of the telephone number. You must provide proof of ownership of the telephone number to receive Settlement benefits.

3. Sign the Attestation in Part Two. You must sign the Attestation in order to be eligible to receive Settlement benefits.

**Please keep a copy of your Claim Form for your records.**

**QUESTIONS? VISIT WWW.PALMCOTCPASETTLEMENT.COM
OR CALL 1-855-786-0912 TOLL-FREE**

# Exhibit H

*PALMCO TCPA* Settlement Administrator
P.O. Box 43048
Providence, RI 02940-3048

# PMB

**«Barcode»**
Postal Service: Please do not mark barcode

Claim#: PMB-«ClaimID» - «MailRec»
«First1» «Last1»
«CO»
«Addr1» «Addr2»
«City», «St»  «Zip»
«Country»

*Abramson  v. PALMco Energy PA, LLC, et al.*

U.S. DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

Case No. 2:19-cv-1675

**Must Be Postmarked By
December 31, 2020**

## Opt-Out Form

*Abramson v. PALMco Energy PA, LLC, et al.*

Only use this Form if you want to request exclusion from (i.e., opt out of) the proposed Settlement Class.
For more information on the proposed Settlement, please visit www.PALMcoTCPAsettlement.com.

### Section I: Instructions

**This Form must be postmarked received by the Settlement Administrator no later than
December 31, 2020 at 11:59 p.m. Pacific.**

This Opt-Out Form may be submitted in one of three ways:

1.      Electronically through this Settlement Website www.PALMcoTCPAsettlement.com.

2.      Via email to admin@PALMcoTCPAsettlement.com. Please fill out the enclosed pages, scan the
document in its entirety, and include the Form as an attachment.

3.      Mail to: *PALMCO TCPA* Settlement Administrator, P.O. Box 43048, Providence, RI 02940-3048.

To be effective as an opt-out from the proposed Settlement, this Form must be completed, signed, and sent,
as outlined above, postmarked no later than **December 31, 2020 at 11:59 p.m. Pacific**.  If this Form is not
postmarked or received by this date, you will remain a member of the Settlement Class.

**<u>Opting out of the Settlement Class is not the same as objecting to the Settlement Agreement.</u>** If you request
exclusion from the Settlement Class prior to **December 31, 2020**, you will not be bound by the terms of the
Settlement Agreement, and therefore cannot argue that the Settlement Agreement should not be approved.  More
information about objecting to the Settlement is available at www.PALMcoTCPAsettlement.com.

### Section II: Settlement Class Member Information

| | | |
|---|---|---|
| Claimant First Name (Required) | M.I. | Last Name (Required) |

Class Member Identification Number (Required)

\* Your class member identification number was on the Notice of the Settlement you received by email or
by postal mail.  If you do not have your class member identification number, call or email the Settlement
Administrator for assistance at 1-855-786-0912 or admin@PALMcoTCPAsettlement.com.

| FOR CLAIMS PROCESSING ONLY | OB | CB | | DOC / LC / REV | RED / A / B |
|---|---|---|---|---|---|

1

## Current Contact Information

Street Address (Required)

Address (continued)

City (Required)                                                      State      ZIP Code

Email Address (Optional)

‐        ‐

Preferred Telephone Number

*Your contact information will be used by the Settlement Administrator to contact you, if necessary, about your request for exclusion. Provision of your phone number is optional.*

**Section III: Attestation, Opt-Out Request, Signature and Submit**

Through the submission of this Form, I attest that I have received notice of the class action Settlement in this case and I am a member of the Class of persons described in the Notice. I further attest that I request exclusion from the Settlement Class in *Abramson v. PALMco Energy PA, LLC, et al.,* Case No. 2:19-cv-1675. By signing below, I agree to the submission of this Opt-Out Form.

Signature: _____   Date (mm/dd/yyyy): _____

Print Name: _____



# Exhibit I

## ABRAMSON v. PALMCO ENERGY EXCLUSION REPORT

| Exclusion List | | |
|---|---|---|
| ClaimID | Last | First |
| 10028379201 | CHAFFIN | ROBERT |
| 60000102401 | FERRARO | CHARLOTTE |
| 10146041701 | MCKAY | ROCHELLE |
| 10054007701 | NGEN | ETHEL |
| 60000078801 | PERRONG | ANDREW |